UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. |
| ) | |
| v. ) | 26 U.S.C. § 7206(1) |
| ) | (Filing False Tax Returns) |
| DANIEL TUNNELL, ) | **05 CR 10168 DPW** |
| ) | |
| Defendant ) | |

### INFORMATION

The United States Attorney charges:

1.  From approximately April, 2001 through July, 2002, DANIEL TUNNELL was the regional vice president in charge of the Framingham, Massachusetts office of Computer Associates, Inc.

2.  In 2001 and 2002, TUNNELL asked approximately eight Computer Associates employees whom he supervised to share with him a portion of their sales commissions. The employees agreed and gave TUNNELL shared commissions totaling approximately $51,063 in 2001 and $20,109 in 2002.

3.  TUNNELL knew that the shared commissions he received constituted income for him. Nonetheless, he did not report them as income on the 2001 and 2002 income tax returns he filed. The income figures he did list on these returns were therefore false.

4.  By filing false tax returns, TUNNELL reduced his income tax payments for both 2001 and 2002.

## COUNT ONE
(Filing False Tax Returns)
26 U.S.C. § 7206(1)

4. On or about April 14, 2002, TUNNELL did willfully make and subscribe a U.S. Individual Income Tax Return, Form 1040, for the calendar year 2001, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service. TUNNELL did not believe this tax return to be true and correct as to every material matter, in that it did not include as income $51,063 in commissions that TUNNELL knew he had received from other Computer Associates employees.

All in violation of 26 U.S.C. § 7206(1).

MICHAEL J. SULLIVAN
United States Attorney

By: *[signature]*
Adam J. Bookbinder
Assistant U.S. Attorney

Dated: July 6, 2005

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**05 CR 10168 DPW**

**Criminal Case Cover Sheet**     U.S. District Court - District of Massachusetts

Place of Offense: _____    Category No. III    Investigating Agency POSTAL, IRS

City   Framingham    Related Case Information:

County   Middlesex

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Daniel Tunnell     Juvenile   [ ] Yes   [X] No

Alias Name _____

Address   4251 Potters Walk NE, Atlanta, Georgia 30342

Birth date (Year only): 1973   SSN (last 4 #): 2973   Sex M   Race: Caucasian   Nationality: U.S.

Defense Counsel if known:   Mark Pearlstein    Address: McDermott Will & Emery
                                                                                                    28 State St., Boston, MA 02109

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Adam Bookbinder     Bar Number if applicable   566590

Interpreter:   [ ] Yes [X] No    List language and/or dialect: _____

Matter to be SEALED:   [ ] Yes   [X] No

[ ] Warrant Requested    [X] Regular Process    [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:   Ordered by _____ on _____

Charging Document:    [ ] Complaint    [X] Information    [ ] Indictment

Total # of Counts:    [ ] Petty _____    [ ] Misdemeanor _____    [X] Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

[X]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: July 6, 2005     Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

05CR10168DPW

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Daniel Tunnell

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  26 U.S.C. § 7206(1) | Filing False Tax Return | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**