UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DANIEL TUNNELL,<br><br>Defendant. | )<br>)<br>)<br>)<br>)   No. 05cr10168-DPW<br>)<br>)<br>)<br>) |

## MOTION TO SEAL

The defendant, Daniel Tunnell, hereby moves to seal the plea agreement in this case. The grounds for the motion will be set forth during the plea hearing.

Respectfully submitted,

DANIEL TUNNELL,

By his attorney,

_____
Mark W. Pearlstein (BBO #542064)
McDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109
(617) 535-4000

Dated: August 24, 2005

**CERTIFICATION OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on _____

BST99 1470408-1.073063.0011