UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 05-10168-DPW |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL TUNNELL, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## WAIVER OF INDICTMENT

I, Daniel Tunnell, the above-named defendant, who is accused of filing a false tax return, on or about ~~November~~ *on or April* 14, 2002, in violation of 26 U.S.C. § 7206(1), being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court, on August 24, 2005, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Daniel Tunnell

_____
Mark Pearlstein, Esq.,
Counsel for Defendant

Before: _____
Hon. Douglas P. Woodlock