UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:05-CR-10168-001-DPW |
| | ) | |
| DANIEL TUNNELL | ) | |
| Defendant. | ) | |

## SATISFACTION OF JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of

the Judgment as to the defendant, Daniel Tunnell, by payment in full.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303

Dated: August 22, 2006

## CERTIFICATE OF SERVICE

Suffolk, s.s.                                                        Boston, MA

I hereby certify that on the 22nd of August 2006, this document was filed through the ECF system and sent to Daniel Tunnell located in Birmingham, AL, electronically to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

  /s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney