| PROB 22 (Rev. 2/88) | FILED | | DOCKET NUMBER (Tran. Court) 05-10168 |
|---|---|---|---|
| | TRANSFER OF JURISDICTION | | |
| | 2006 AUG 14 PM 12:50 | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: U.S. DISTRICT COURT N.D. OF ALABAMA  Daniel Tunnell 1302 Legacy Drive Birmingham, AL 35242 | DISTRICT  DISTRICT OF MASSACHUSETTS | DIVISION  Criminal, Boston |
|---|---|---|
| | NAME OF SENTENCING JUDGE  The Honorable Douglas P. Woodlock | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 7/20/06 | TO 7/19/08 |

**OFFENSE**

Filing False Tax Return, 26 USC §7206(1)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF MASSACHUSETTS"

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Norther District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

August 3, 2006
Date

/s/ Douglas P. Woodlock
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of Alabama

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/16/2006
Effective Date

United States District Judge